656

No. 260. MUMFORDE *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. George E. C. Hays* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 261. CAIN *v.* HUTSON ET AL. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Rossa F. Downing* for petitioner. *Mr. James J. Hayden* for respondents.

Nos. 262, 263, and 264. STROBEL STEEL CONSTRUCTION Co. *v.* STATE HIGHWAY COMMISSIONER. October 12, 1942. Petition for writs of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Lionel P. Kristeller* and *Saul J. Zucker* for petitioner. *Mr. Joseph Lanigan* for respondent.

No. 266. RESEARCH LABORATORIES, INC. *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Alexander G. Barry* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

